# Court of Appeals
# of the State of Georgia

**ATLANTA,**  September 16, 2020

*The Court of Appeals hereby passes the following order:*

**A20A2003.  RICHARD OWENBY, JR. v. STATE OF GEORGIA.**

Before us is Appellant's Motion for Remand for completion of the trial court record.  Missing from the record are the transcript of the pretrial motions hearing held on February 2, 2016 and the transcript of voir dire which took place on February 8, 2016. Appellant's notice of appeal, filed in May 2020, instructed the clerk to omit nothing from the record and further stated that all transcripts were to be included in the record on appeal.

On July 10, 2020, this Court ordered the trial court to supplement the record with the above transcripts no later than July 20, 2020.  However, the court reporter still has not filed the transcripts with the trial court.  Appellant avers that he contacted the clerk of the trial court on August 24, 2020, September 9, 2020 and September 10, 2020 to ask if the transcripts had been received and that the clerk advised that several attempts had been made to reach the court reporter, both by telephone and e-mail, but that no response had been received.

Consequently appellant requested three extensions of time to file his initial brief. These requests were granted. Appellant now moves that this case be remanded to the trial court so that it can exercise its supervisory authority over the court reporter.

Appellant's motion to remand is hereby GRANTED.



*Court of Appeals of the State of Georgia*

    *Clerk's Office, Atlanta,* __09/16/2020__

    *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ , *Clerk.*